**Dismissed and Memorandum Opinion filed January 26, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00731-CV

_____

**JAMEEL A. COOK, Appellant**

**V.**

**DEUTSCHE BANK, Appellee**

---

**On Appeal from the County Court at Law No. 4
Fort Bend County, Texas
Trial Court Cause No. 11-CCV-045259**

---

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed July 18, 2011. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On December 14, 2011, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, Brown, and Christopher.